UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Robert Robinson v. Bayer*
*Healthcare Pharmaceuticals, Inc., et al*  No.    3:12-cv-10832-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 4, 2013, this case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:____/s/*Sara Jennings*_____
Deputy Clerk

Dated:  January 8, 2013

David R. Herndon
2013.01.08
09:08:36 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT